JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), MILFORD LEONARD, an individual, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. CV11-07679 RGK<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: July 20, 2011<br>Trial Date:　　None Set |

## ORDER

Having reviewed the parties' Joint Stipulation of Dismissal with Prejudice, good cause appearing, the Court hereby approves the Joint Stipulation of Dismissal with Prejudice.

THEREFORE, the Court hereby enters an Order dismissing the matter with prejudice.

**IT IS SO ORDERED.**

Dated: May 16, 2012

*/s/ Gary Klausner*

Hon. R. Gary Klausner
United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

C:\Documents and Settings\torr1039\Desktop\Amtrak-C\AMTRAK_Cunningham - Proposed Order Granting